# City of Bessemer *v.* Smith.

### *Violating Municipal Ordinance.*

(Decided April 16, 1908. 46 South. 467.)

*Municipal Corporation; Violation of Ordinance; Appeal by City.* In the absence of authority in the charter of the city, or the statutes of the state, a city may not appeal from a judgment discharging a defendant for the violation of one of its ordinances.

Appeal from Bessemer City Court.

Heard before Hon. William Jackson.

Proceeding by the city of Bessemer against Judge Smith. Judgment for defendant, and plaintiff appeals. Dismissed.

Ben G. Perry, for appellant. Counsel discusses assignments of error but does not discuss the point decided.

Pinkney Scott, for appellee. Counsel discusses the assignments of error, but does not discuss the proposition decided in the opinion.

[Gomez v. Gomez, et al.]

McCLELLAN, J.—The appeal to this court is attempted to be taken by the municipality of Bessemer. So far as we are advised that municipality is not clothed by statute with the right of appeal to this court from judgments in favor of defendants charged with violations of its ordinances. This appeal is therefore dismissed.—*Town of Brighton v. Miles,* 153 Ala. 673, 45 South. 160.

Appeal dismissed.

TYSON, C. J., and DOWDELL and ANDERSON, JJ., concur.